IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-50192
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALFONSO ALVARADO-OLIVAS, also known as Alfonso Alvarado, Jr.,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-00-CR-1012-ALL-H
- - - - - - - - - -
July 26, 2001

Before DUHÉ, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[1]

Alfonso Alvarado-Olivas appeals his sentence from his guilty-plea conviction for illegal reentry after deportation in violation of 8 U.S.C. § 1326.  He argues that the 16-level enhancement under U.S.S.G. § 2L1.2(b)(1)(A) "is grossly disproportional to the offense in question" and in violation of the Eighth Amendment's prohibition against cruel and unusual punishment.  In United States v. Cardenas-Alvarez, 987 F.2d 1129, 1134 (5th Cir. 1993), this court rejected an Eighth Amendment challenge to a 100-month sentence imposed for attempted illegal reentry.  Similarly,

---

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Alvarado-Olivas's 70-month sentence, which was based upon an ordinary application of U.S.S.G. § 2L1.2(b)(1)(A), does not violate the Eighth Amendment.

AFFIRMED.